DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES ERIC MCFADDEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-748

[February 2, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mindy Solomon, Judge; L.T. Case No. 15-11533-CF-10A.

Kenneth D. Padowitz and Joshua E. Padowitz of Kenneth Padowitz, P.A., Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***